**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00879-CR

### NO. 14-14-00880-CR

### NO. 14-14-00881-CR

---

### IN RE MICHAEL DAVIS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 331288, 331289 & 331549**

---

## MEMORANDUM OPINION

On November 3, 2014, relator Michael Davis filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Marc Carter, presiding judge of the 228th District Court of Harris County, to rule on his

motion seeking production of evidence of his actual innocence and evidence that the State materially breached the written plea agreement.

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justices Frost and Justices Christopher and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).